UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020
```

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　20cr0606 (MKV)

V

Junior Rafael Reynoso Ortega

_____

MARY KAY VYSKOCIL, United States District Judge:

The Court has set arraignment of the Defendant and an Initial Conference in this case for Monday, **November 30, 2020 at 9am.** In light of the ongoing COVID-19 pandemic, the proceeding will be conducted via video conference.  Members of the public and press can use the following dial – in information:

Dial In Number: 855 268-7844

Access Code 32091812

PIN 9921299

SO ORDERED.

Dated November 24, 2020

New York, New York

MARY KAY VYSKOCIL
United States District Judge