```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUNIOR RAFAEL REYNOSO ORTEGA,

Defendant.

20-cr-606 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 30, 2020, the Court held an arraignment and Initial Pretrial Conference in this matter. As the Court explained on the record at the proceedings, IT IS HEREBY ORDERED that, by December 14, 2020, the parties shall file inform the Court of any potential conflicts. IT IS FURTHER ORDERED that, by December 4, 2020, the parties shall submit their proposed protective order. IT IS FURTHER ORDERED that, by December 14, 2020, the government shall produce all discovery materials currently in its possession.

IT IS FURTHER ORDERED that counsel shall appear for a conference on February 22, 2021 at 11:00 AM. At that conference, the Court will set a schedule for motions and discuss with the parties a date for trial. IT IS FURTHER ORDERED that, on Defendant's consent, all time between the date of this Order and February 22, 2021 is excluded for the purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h). The Court finds that the ends of justice served by allowing time for Defendant to receive and review discovery, and to prepare a defense or work toward resolution of this case, outweigh the interests of the public and Defendant in a speedy trial, especially in light of the continued complications presented by the COVID-19 pandemic.

**SO ORDERED.**

**Date:  November 30, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**