UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Junior Rafael Reynoso Ortega,

                Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20 -CR- 606 ( 1 ) ( M )

Defendant __Junior Rafael Reynoso Ortega__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_    Initial Appearance/Appointment of Counsel

_X_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

\_\_\_    Status and/or Scheduling Conference

\_\_\_    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Defendant's Name

_____
Defense Counsel's Signature

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__11/30/2020_____
Date

_____Mary Kay Vyskocil_____
U.S. District Judge/U.S. Magistrate Judge