UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW COURT
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

Junior Rafael Reynoso Ortega,

          Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20 -CR- 606 (M)(_)

Defendant __Junior Rafael Reynoso Ortega__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

☐ Initial Appearance/Appointment of Counsel

☒ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Preliminary Hearing on Felony Complaint

☒ Bail/Revocation/Detention Hearing

☒ Status and/or Scheduling Conference

☐ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Junior Ortega**
Print Defendant's Name

_____
Defense Counsel's Signature

**Patrick Brackle**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

2/22/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge