```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JUNIOR RAFAEL REYNOSO ORTEGA,<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  2/23/2021<br><br>20-cr-606 (MKV)<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On February 23, 2021, the Court held a status conference in this matter. On the record at the conference, the parties requested that the Court schedule a change of plea hearing. The Court has tentatively scheduled the change of plea hearing for March 15, 2021, subject to the scheduling constraints of the facility where Defendant is being detained. The Court will confirm the date and time of the hearing when it has that information. As the Court explained on the record at the conference, the parties must submit (1) appropriate waiver forms and (2) the signed plea agreement at least one week in advance of the change of plea hearing.

**SO ORDERED.**

Date: **February 23, 2021**              *Mary Kay Vyskocil*
      **New York, NY**                  **MARY KAY VYSKOCIL**
                                         **United States District Judge**