March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Junior Rafael Reynoso Ortega  ,

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 606 (M)(__)

Defendant __Junior Rafael Reynoso Ortega__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

_X_   Felony  ~~Misdemeanor~~ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JuniorOrtega
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Patrick Brackley
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/29/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge (Mary Kay Vyskocil)