```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/21/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JUNIOR RAFAEL REYNOSO ORTEGA,

        Defendant.

1:20-cr-00606 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    Sentencing for Junior Rafael Reynoso Ortega is scheduled for 7/28/2021 at 9:00 AM before Judge Mary Kay Vyskocil. The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

**SO ORDERED.**

**Date: July 21, 2021**

MARY KAY VYSKOCIL
United States District Judge