```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
            -v-                      :      20-cr-606 (MKV)
                                     :
JUNIOR RAFAEL REYNOSO ORTEGA,        :         ORDER
                       Defendant.    :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/21

MARY KAY VYSKOCIL, District Judge:

At the request of counsel for the defendant and with the consent of the Government, it is hereby

ORDERED that the sentencing scheduled for **July 28, 2021** is adjourned to **SEPTEMBER 9, 2021** at **2:30PM**.

IT IS FURTHER ORDERED that defense submissions shall be due **AUGUST 17TH, 2021.**

The Clerk of Court is respectfully requested to close the motion at ECF 30.

SO ORDERED:

Dated:   New York, New York
         **July 26, 2021**

_____
Mary Kay Vyskocil
United States District Judge