```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
           -v-                       :    20 Cr. 00606 (MKV)
                                     :
**Junior Rafael Reynoso Ortega,**    :        ORDER
                      Defendant.     :
                                     :
-------------------------------------X

MARY KAY VYSKOCIL, District Judge:

   At the request of counsel for the defendant and with the consent of the Government, it is hereby

   ORDERED that the sentencing scheduled for September 9, 2021 is adjourned to October 12, 2021 at **9AM.**

   IT IS FURTHER ORDERED that defense submissions shall be due **September 28.**

   SO ORDERED:

Dated:   New York, New York
         **August 31, 2021**

                        _____
                              MARY KAY VYSKOCIL
                         United States District Judge