USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/21

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,　　　　　　　　1:20-cr-00606 (MKV)

　　　　　-against-　　　　　　　　　　　　　　**ORDER**

JUNIOR RAFAEL REYNOSO ORTEGA,

　　　　　　　Defendant.

---

MARY KAY VYSKOCIL, District Judge:

　　　At the request of counsel for the defendant and with the consent of the Government, it is hereby ORDERED that the sentencing scheduled for OCTOBER 12, 2021 is adjourned to OCTOBER 18, 2021 at 10:00AM.

**SO ORDERED.**

**Date October 8, 2021**

**New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Mary Kay Vyskocil_
　　　　　　　　　　　　　　　　　　　　　　　MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge