UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/14/21
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:20-cr-0606 (MKV) |
| -against- | **ORDER** |
| JUNIOR RAFAEL REYNOSO ORTEGA | |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge

     IT IS HEREBY ORDERED that the sentencing scheduled for OCTOBER 18, 2021 is adjourned to OCTOBER 21st at 9am.

     The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, in courtroom 18C.

**SO ORDERED.**

**Date: October 14, 2021**

MARY KAY VYSKOCIL
United States District Judge