UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/8/2023

UNITED STATES OF AMERICA,

-against-

JUNIOR RAFAEL REYNOSO ORTEGA,

Defendant.

20-cr-606 (MKV)

SEALING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Court will maintain under seal the document that defense counsel filed on the public docket at ECF number 46.

**SO ORDERED.**

**Date:  June 8, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL
United States District Judge**