USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUNIOR RAFAEL REYNOSO ORTEGA,

Defendant.

20-cr-606 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Government is HEREBY DIRECTED to file any response to Defendant's pending motion to modify his sentence [*see* ECF No. 47] on or before December 7, 2023 at 4:00 PM.

**SO ORDERED.**

Date:  **December 4, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**