```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUNIOR RAFAEL REYNOSO ORTEGA,

Defendant.

20-cr-606 (MKV)

**ORDER**

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of a revised Final Presentence Report in light of the 2023 retroactive amendments to the Sentencing Guidelines. [*See* ECF No. 53.] The parties should confer and inform the Court on or before **December 22, 2023** whether they are in agreement that the Defendant is eligible for a sentence reduction based on the Guidelines amendments.

If the parties are *not* in agreement, the Defendant may file a submission outlining his position on or before **January 8, 2024**. The Government may file its opposition on or before **January 16, 2024**.

**SO ORDERED.**

Date:  December 11, 2023
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**