USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUNIOR RAFAEL REYNOSO ORTEGA,

Defendant.

20-cr-606 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The government filed a letter requesting a further opportunity "to be heard on the issue of what, if any, sentence reduction is appropriate" in this case based on Amendment 821 to the Sentencing Guidelines [ECF No. 56]. However, the government never filed its contemplated submission stating its position. IT IS HEREBY ORDERED that the government must file its submission by December 17, 2024.

**SO ORDERED.**

Date: **December 13, 2024**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**